## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO: 2018-01026        DIVISION: F        SECTION: 07

### GIROD LOANCO, L.L.C.

Versus

### TMB VIEUX CARRE, L.L.C.

### WRIT OF SEIZURE AND SALE

TO: THE SHERIFF IN AND FOR THE PARISH OF ORLEANS, STATE OF LOUISIANA

GREETING:

YOU ARE COMMANDED in the name of the State of Louisiana and of the Civil District Court for the Parish of Orleans,

and sale issue herein directing the Sheriff for the Parish of Orleans, to seize and sell after due advertisements, delays, requisites, and formalities, the properties described herein for cash, with appraisement, to pay and satisfy the claim of Plaintiff, Girod Loanco, L.L.C., against the Defendant, TMB VIEUX CARRE, L.L.C., in the full principal sum of $2,799,700.00 as of January 31, 2018, plus non-default accrued interest in the amount of $116,250.68, plus continuing non-default interest, plus default interest, late charges, collection costs, court costs, reasonable attorney's fees, and all other sums due and owing as provided for in the Promissory Note as amended and signed by Defendant.

Plaintiff further prays that out of the proceeds of the sale, its claim be paid in principal and interest, attorney's fees, taxes and all other recoverable costs, by preference and priority over all persons.

Plaintiff further prays for all orders and decrees necessary in the premises.

"All inventory, chattel paper, accounts, equipment, general intangibles and fixtures; whether any of the foregoing is owned now or acquired later; all accessions additions, replacements, and substitutions relating to any of the foregoing; all documents and instruments; all related equipment, etc."

And what you do in the premises you make return thereof, together with this writ to our said Court, as the law directs.

Witness the Honorables Melvin Zeno, Pro Tempore, Henry P. Julien Jr., Pro Tempore, Robin M. Giarrusso, Ethel S. Julien, Piper D. Griffin, Kern A. Reese, Sidney H. Cates IV, Paulette Irons, Christopher J. Bruno, Bernadette D'Souza, Monique E. Barial, Nakisha Ervin-Knott, Rachael Johnson, and D. Nicole Sheppard, Judges of the said Court of the City of New Orleans, LA, this 1st day of February in the year of our Lord, **two thousand and eighteen.**

Issued at the request of:
**Williams, DeWayne L 27685**
Attorney Name and Bar #

*Amber Darby*
Amber Darby, Deputy Clerk